UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JESSICA P. WEBER,

    Plaintiff,

v.

JANE DOE employee of STATE FARM

    Defendant.

_____/

JESSICA WEBER, *IN PRO SE*
12140 Centralia
Redford, MI 48239
Jessica.p.weber@gmail.com
(248)925-2341
_____/

CASE NO: 18-cv-13737
Hon. David M. Lawson

FILED
DEC 18 2018
CLERK'S OFFICE
DETROIT

## PLAINTIFF JESSICA WEBER'S MOTION TO SEAL CASE; NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff WEBER, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Jane Doe of STATE FARM. Plaintiff motions respectfully that the case be sealed and this is filed within 21 days.

/s/ Weber

Jessica Weber, CRP
12140 Centralia
Redford, MI 48239
(248)925-2341
DATED:   December 13, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JESSICA P. WEBER,

    Plaintiff,

v.

JANE DOE employee of STATE FARM

    Defendant.

CASE NO: 18-cv-13737
Hon. David M. Lawson

_____/

JESSICA WEBER, *IN PRO SE*
12140 Centralia
Redford, MI 48239
Jessica.p.weber@gmail.com
(248)925-2341
_____/

## PROOF OF SERVICE

JESSICA WEBER, hereby certifies that on the 18th Day of December, 2018 a copy of Plaintiff Jessica Weber's Motion to Seal Case; Notice of Dismissal Pursuant to F.R.C.P. 41 (a)(1)(A)(i) (Pro Se, Unemployed) and this Proof of Service were sent via first class mail to:

    Clerk of Court
    US District Court Eastern District of Michigan
    231 W. Lafayette Blvd
    Theodore Levin US Courthouse
    Detroit, MI 48226

    And

A copy will be sent via email to Pro Se Clinic at listed email address.

                                                       Respectfully Submitted,

                                                       _/s/ Jessica Weber____

Jessica Weber, CRP, Not represented by counsel

12140 Centralia
Redford, MI 48239
(248)925-2341
DATED:    December 13, 2018

JESSICA P. WEBER, CRP
12140 CENTRALIA
REDFORD, MI 48239

Clerk of court
US District court Eastern
District of Michigan
231 W. Lafayette Blvd - U.S. Courthouse
Theodore Levin US Courthouse
Detroit MI 48226

48226-271839

12/14/18

RECEIVED
DEC 18 2018
CLERK'S OFFICE
U.S. DISTRICT COURT


FOREVER
8074810026203659

